## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## CLARKSBURG DIVISION

**CINCINNATI INSURANCE COMPANY**
**as subrogee KIMBER 123 HOLDING, LLC and**
**AMPLIFY LIFE, LLC d/b/a Amplify Children's**
**Academy and Dropzone**

      **Plaintiff,**

v.                                                                          Civil Action No. 1:19-CV-224 (Kleeh)

**OETIKER, INC.,**

      **Defendant.**

## AGREED DISMISSAL ORDER

COME NOW Plaintiff, Cincinnati Insurance Company a/s/o Kimber 123 Holdings and Amplify Life, LLC, and Defendant, Oetiker, Inc., and jointly announce to the Court that all matters and differences between the parties have been fully settled, compromised, and adjusted in this matter.

1. Plaintiff agrees to voluntary dismiss all claims against Defendant, with prejudice.

2. The parties specifically acknowledge and represent that the compromise and settlement of claims is intended to represent a good faith settlement under West Virginia law and serve to extinguish any and all claims any joint tortfeasor may have against the other. *Hager v. Marshall*, 202 W.Va. 577, 505 S.E.2d 640 (1998); *Dunn v. Kan. County Bd. of Ed.*, 194 W.Va. 40, 459 S.E.2d 151 (1995).

3. Each party shall pay its own fees, costs, and expenses incurred in presenting their claims and/or defenses.

Accordingly, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that all claims asserted between the above-mentioned parties in this action are hereby dismissed, **with prejudice**, and these claims are to be stricken from the docket of this Court.

The Court hereby **ORDERS** that copies of this Order be sent to all counsel of record.

ENTERED this 15th day of April, 2021.

_____
**Honorable Thomas S. Kleeh**

**Prepared by:**

/s/ Jason A. Proctor_____
Michael Bonasso (WVSB #394)
Jason A. Proctor (WVSB #12291)
Emily L. Ford (WVSB #13885)
FLAHERTY SENSABAUGH BONASSO, PLLC
P.O. Box 3843
Charleston, West Virginia 25338-3843
Telephone: (304) 347-4277
Facsimile: (304) 345-0260
*Counsel for Defendant*

**Approved by:**

/s/ Edmund Perry_____
Edmund Perry, Esquire (Admitted Pro Hac Vice 40469)
LAW OFFICES OF ROBERT A. STUTMAN, P.C.
20 East Taunton Road, Suite 403
Berlin, New Jersey 08009
Telephone: (856) 767-6800
Facsimile: (856) 767-6810
E-mail: perrye@stutmanlaw.com

/s/ Jerad K. Horne_____
Jerad K. Horne (WVSB #10130)
BREWSTER MORHOUS, PLLC
418 Bland Street

Post Office Box 529
Bluefield, West Virginia 24701
(304) 325-9177
(304) 327-9317 – Fax
jhorne@brewstermorhous.com
 *Counsel for Plaintiff*